UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 23-1846
_____

IRWIN DELAY,
                 Appellant

v.

DOLLAR ENERGY FUND
_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. Civil Action No. 2-21-cv-01037)
Magistrate Judge: Honorable Patricia L. Dodge (by consent)
_____

Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
October 13, 2023

Before: JORDAN, CHUNG, and NYGAARD, <u>Circuit Judges</u>
_____

**JUDGMENT**
_____

      This cause came to be considered on the record from the United States District Court for the Western District of Pennsylvania and was submitted pursuant to Third Circuit L.A.R. 34.1(a) on October 13, 2023. On consideration whereof, it is now hereby

      **ORDERED** and **ADJUDGED** by this Court that the order of the District Court entered May 1, 2023, be and the same is hereby **AFFIRMED**. Costs taxed against the appellant. All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: October 20, 2023